# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lorraine Johnson, | Civil No. 19-cv-1182 (MJD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| The Lincoln National Life Insurance Company, | |
| Defendant. | |

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 3, 2019 (Doc. No. 11), along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint, (ECF No. 1), is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: December 20, 2019          s/ Michael J. Davis
                                 Michael J. Davis
                                 United States District Court